BEFORE THE FIRST DIVISION, JUNE 17, 1952

**No. 56766.**—Great Western Mercantile Co. et al. *v.* United States, protests 553137–G, etc. (Los Angeles).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56767.**—Samuel S. Perry *v.* United States, protests 818492–G, etc. (San Francisco).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56768.**—International Expediters, Inc., et al. *v.* United States, protests 132002–K/1144, etc. (Chicago).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56769.**—Railway Express Agency *v.* United States, protests 153411–K and 168716–K (Ogdensburg).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56770.**—The Fan Co. *v.* United States, protest 172766–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, JUNE 17, 1952

**No. 56771.**—Trefflichs Bird & Animal Co., Inc. *v.* United States, protest 181569–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.